# Exhibit A



iBRAIN Photo with Student 1 (Copyright Registration No. VAu001489033)



iBRAIN Photo with Student 2 (Copyright Registration No. VAu001489033)



iBRAIN Photo with Student 3 (Copyright Registration No. VAu001489033)



iBRAIN Photo with Student 4 (Copyright Registration No. VAu001489033)



iBRAIN Photo with Student 5  (Copyright Registration No. VAu001489033)



iBRAIN Photo with Employee 1 (VA0002333464)