# Exhibit B

IF you are given iBRAIN laptop, you need to fill this out (laptop model, serial number, etc)

# ACKNOWLEDGEMENT OF RECEIPT OF IBRAIN PROPERTY & OBLIGATIONS TO PROTECT IBRAIN'S INTERESTS

| Employee Name (Last, First, & Middle) | Employee Title | Date |
|---|---|---|
| Newman, Katelyn Jane | Marketing Associate | 08/30/2022 |
| | Supervisor: Patrick Donohue | Department: Marketing/PR |

I commit to treating the iBrain-issued equipment with reasonable care while I am employed, and understand that intentional misuse, damage or negligent use of such equipment may subject me to disciplinary action, up to and including termination. I hereby acknowledge receipt and assignment of the following iBrain property:

- ☐ Office/Building Key  #:
- ☐ Identification/Security Access Card  #:
- ☐ Cell Phone  Inventory/Serial #: iBRAIN does not give any cell phone
- ☐ Computer/Laptop  Inventory/Serial #:
- ☐ Other Equipment
- ☐ Other

### RETURN OF PROPERTY AND PROPRIETARY RIGHTS AND GOODWILL OBLIGATIONS

In the event of my termination from employment, upon my last day of work or a date specified by my Supervisor, I will return all iBrain property specified above, or as set forth on an attached sheet, or that otherwise comes into my possession, and settle any other open items in full.

a/ I acknowledge and agree that all documents, reports, know-how, plans, proposals, marketing and sales plans, client and student files, trade secrets and iBrain work product, materials and/or information is Proprietary Information of iBrain and I shall not use it in any way adverse to iBrain's interests.

b/ I shall not deliver, reproduce or in any way allow such Proprietary Information to be delivered to or used by any third party without iBrain's specific direction or consent. I understand that I have no rights in such Proprietary Information. At iBrain's request, made at any time, I shall return to iBrain all of the material, property, information, including Proprietary Information and I shall have no right in the goodwill of iBrain arising from its business relationships with clients, service providers, customers, affiliates and/or partners.

c/ Specifically, upon request by iBrain, if I have used my personal laptop or other device at any time during my tenure of employment at iBrain, I agree, prior to receipt of my final paycheck, to bring in my personal laptop for the IT/Facilities Manager to review my personal devices and equipment for iBrain Proprietary Information, work product, privileged and confidential information and/or other of its valuable intellectual property, and transfer any or all of the above onto iBrain storage files and delete it from my personal device(s). If any property including Proprietary Information is not returned, either voluntarily or upon specific request by iBrain, I authorize iBrain to invoice me a reasonable value or pursue legal action against me at its discretion.

### NO DISPARAGEMENT OR MISAPPROPRIATION

At no time following my hire date shall I make any statements, or take any other actions *whatsoever* to disparage, defame, sully or compromise the goodwill, name, brand or reputation of iBrain or commit any other action that could likely injure, hinder or interfere with the business, business relationships or goodwill of iBrain. I represent that prior to my hire date I have not committed any of the above actions.

### NON-SOLICITATION

At no time following my hire date shall I, alone or with others, employ, engage or solicit for employment or try to entice away from employment with iBrain any employee or contractor, nor solicit any customer, client, student, parent or guardian of a student to discontinue, reduce or modify such relationship with iBrain.    (HR 4.1.21)

Print Name: Katelyn Newman   Signature: [signed]   Date: 08/30/2022