# Exhibit C



International Institute for the Brain
International Academy for the Brain
International Center for the Brain

# Employee Handbook

users' electronic communications. Employees are on notice that there is no reasonable expectation of privacy regarding any information systems, including, but not limited to, computer hard drives, electronic storage devices, telephone answering messages, and incoming faxes to numbers belonging to iBRAIN. iBRAIN does not routinely monitor electronic communications of employees, but it may do so in connection with internal investigations which may be motivated by legitimate business concerns. Appropriate and immediate disciplinary action will be taken against any iBRAIN employees found to have engaged in prohibited use of iBRAIN electronic communications and/or technology resources, up to and including termination of employment.

# SOCIAL MEDIA

 iBRAIN is committed to providing a safe and secure learning and working environment for all members of the iBRAIN community and encourages positive relationships between all members of our school family. There is, however, a critical distinction between being supportive of students and the real or perceived breach of confidentiality or professional boundaries. Given the prominent role of social media in our daily communications, it is important that all iBRAIN staff members respect our students and their coworkers' privacy when using social media as a form of communication.

When using social media networks, iBRAIN requires the following of its employees:

Accepting invitations to social networking sites from parents and/or students is strongly discouraged.

Any employee engaging in inappropriate conduct, including, but not limited to posting threatening, harassing, racist, biased, derogatory, disparaging, or bullying comments towards or related to any student, employee, or member of the iBRAIN community (whether during or outside of work hours) may be subject to disciplinary action up to and including termination of employment.

Never post any identifying student information, including names, videos, and/ or photographs on any personal social media accounts, including, but not limited to Facebook, Instagram, Twitter, Vine, Snapchat, LinkedIn etc. without prior approval.

Users should have no expectation of privacy regarding their social media activities while using the iBRAIN internet network and/or iBRAIN owned devices.

Threats are taken seriously and may be subject to law enforcement intervention and disciplinary action taken by iBRAIN staff, up to and including termination of employment.

iBRAIN employees are responsible for the information they post, share, or respond to online. Employees are strongly encouraged to utilize privacy settings to control access to personal accounts. However, be aware that privacy settings may bring a false sense of security. Anything posted on the internet may be subject to public viewing and republication by third parties without your knowledge.

If you identify yourself online as a school employee or associated person, you are required to ensure that

your profile and related content are presented in a professional manner to all members of the iBRAIN community. It is imperative to keep in mind, in all aspects of your life, you are viewed by the public as representing iBRAIN.

You may use your personal social media accounts to promote iBRAIN fundraisers and/or events, provided all posts meet the standards outlined in this social media policy.

## iBRAIN's Use of Employee Photos

Employees should be aware that iBRAIN typically has cameras and other videography equipment present during iBRAIN events, and from time to time, throughout the school day for marketing and recruiting purposes. Photos and videos taken by iBRAIN may be used on recruiting and social media platforms such as Twitter, Facebook, Instagram, etc. Photos may also be used in reports and iBRAIN promotional materials. iBRAIN believes in creating an open environment where employees feel safe and respected. If you WOULD NOT like your photo used in any of iBRAIN's marketing, recruiting, or promotional material, please contact Human Resources as soon as possible to protect your privacy.

## BULLETIN BOARDS AND COMMUNITY POSTINGS

iBRAIN provides bulletin boards to display essential information relating to employment. Employees should reference this information, as necessary. These bulletin boards are reserved solely for iBRAIN business, and only the Administration is authorized to post material on or remove material from these boards.

Similarly, iBRAIN Administration will periodically post announcements on public hallways, doors, etc. Any proposed use of the bulletin board or other community space (i.e., Doors, hallways, walls, etc.) for announcements, solicitations, or notices must have the express prior approval of the appropriate Director. Teachers and related service providers are encouraged to decorate their classroom doors and/or assigned space outside their classroom at their discretion.

iBRAIN will not tolerate the defacing or destroying of materials posted in our hallways or on bulletin boards including, but not limited to, community postings, student work, or other decorations. Any iBRAIN employee(s) found to have defaced or destroyed bulletin boards and/or community postings will be subject to discipline, up to and including termination.

## SOLICITATION AND DISTRIBUTION POLICY



iBRAIN prohibits its employees from conducting personal business and engaging in any form of solicitation on school property. The sale of merchandise or tickets and canvassing within the building is prohibited. iBRAIN employees are prohibited from distributing literature unrelated to school activities on school grounds without prior written permission.