# Exhibit D

## Update on Resignation Letter

Katelyn Newman <KNewman@ibrainnyc.org>

Fri 12/16/2022 7:52 AM

To: Patrick Donohue <patrick@pabilaw.com>

Cc: Arthur Mielnik <amielnik@ibrainnyc.org>

Morning-

I slept on everything and have decided to ask for a temporary leave of absence (I don't think I have a lot of PTO; most were sick days) however it can be unpaid if needed until I return on the 2nd. This will give me more clarity about what I want to do...I was still going to WFH in California when needed and trying to meet with people I had ideas for. Please have Esther mail my check today as soon as possible, so I can have it before I leave...

I want to bring up a few requests if I am going to stay with iBRAIN...I decided to recap this all in an email so there is no confusion in person and everything is straightforward. I appreciate the salary increase from a month ago, truly. However, there are several issues I need to address for me to stay, as I do believe in the mission when you set aside the politics of it all. However, respect and a healthy work environment are so critical.

*<u>Please see below for my request to continue working for iBRAIN:</u>*

**1) Change Job Title From 'Associate' to PR/VIP Manager** with a **three-month review of salary increases (March 16th)**; as I have 6+ years in public relations and I'd keep securing press coverage/VIP visits for iBRAIN while also creating creative pitches, bylines, broadcast interviews and overall content for several departments and the campus' throughout the year.

**2) Respect:** Requesting that at least some respect be given to me as I am doing my best to secure these placements on the campus and do great PR work for your iBRAIN. I don't need much more than that. It shouldn't be difficult to respect an employee, and if you ever have issues with respecting me, please confront me because I would like to work it out moving forward...

**3) Unreasonable Hires**: It's hard to keep working with colleagues with zero PR background who do not even understand the basics. I'm happy to teach them, but I am not a 'manager.' I should at least have a PR assistant/coordinator to help me assist with the external team's tasks they never did (podcast, webinar, radio station lists) and help me plan out all writing content material for the new year while building contact lists. We need to think proactively. Still unclear why we have in-house and external PR; for my first few months, I triedlik collaborating with them every day (you can read all the emails) but nothing was <u>ever</u> reciprocated. I cannot locate their agency on social platforms or realize it's not a real agency office. Meanwhile, I would work after hours for them and do whatever they requested for a while, but when I asked for something simple.... no response. I have emails/texts showing that as well.

**4) Collaborating with Upper Management:** Work closely again with Lucy and Suzanne: We didn't hit it off great at first because of a huge confusion, but now we are close, and we all work together very well, especially Lucy. We are productive together and get things done fast and effectively.

I also look around the room, and everyone's working on their 'strategic plans,' I am sitting there creating my proactive assignments because nobody gets back to me or assigns me new things except to make a 'VIP list' (which I am in contact with a majority of them)-- and feel as if I am not learning much. I have nobody telling me what to do, and I understand you're not a micromanager, and I appreciate that--however, some direction would be helpful. Speaking of celebrities, Ryan Eggold texted me last night that he will be posting on his social pages today; he's making a great little movie with all the content I sent over). I also never heard back about <u>Christina Chang</u>; assuming you're interested in the video or her getting involved, as she is my friend's wife? There's a lot more to come, too, so we can build strong relationships over time...

Lastly, Dr. Henry is letting me help provide my public relations expertise for her new accredited educational program. I'm happy to be working and using my skillset for an excellent, life-changing program that gave me some spark back. *BronxNet* was just the start... I have a whole plan as we need a press release drafted, under embargo, to top educational reporters I already have in mind. Then we send it to tier 2 and tier 3 contacts that I also have solid contacts in mind; who would 100% be interested. <u>Kaltura</u> used to be a client of mine, so I also thought a potential partnership with them down the road could be huge. There is unlimited potential here, especially from a PR perspective where they can host potential webinars for us and overall help spread awareness if we work together.

These are all the **four things** I am requesting from you to stay with iBRAIN in 2023. If you cannot comply, no problem, and I will draft a resignation letter for you today.

Thanks, and let me know.

Katie