# Exhibit E



Dec. 17, 2022 Post



Dec. 20, 2022 Post (Image 1/6)



Dec. 20, 2022 Post (Image 2/6)



Dec. 20, 2022 Post (Image 3/6)



Dec. 20, 2022 Post (Image 4/6)



Dec. 20, 2022 Post (Image 5/6)



Dec. 20, 2022 Post (Image 6/6)



Dec. 22, 2022 Post



Dec. 24, 2022 Post