UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| INTERNATIONAL INSTITUTE FOR THE BRAIN, LTD., <br>                              Plaintiff, <br><br> -v- <br><br> KATELYN NEWMAN, <br>                              Defendant. | 23-CV-638 (JPO) <br><br> ORDER |

J. PAUL OETKEN, District Judge:

The parties are ordered to commence discovery promptly. All fact discovery shall be completed by July 7, 2023. The parties shall file a joint status letter on or before July 7, 2023, which will address (1) whether the parties wish to be referred at that time for a settlement conference with Magistrate Judge Barbara Moses or through the Court's mediation program; (2) whether either party intends to offer expert testimony, in which case the parties shall propose deadlines for expert discovery; and (3) any other proposals for further proceedings. The parties are reminded that any request for an adjournment or extension of time must be made at least 48 hours before the scheduled deadline or appearance.

SO ORDERED.

Dated: March 2, 2023
New York, New York

_____
J. PAUL OETKEN
United States District Judge